AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

VJHERRERA@HOTMAIL.COM
Maintained by MSN Hotmail
1065 LaAvenida, Building 4
Mountain View, CA 94043

**SEARCH WARRANT**

CASE NUMBER: 05-0343M-01

TO: Special Agent William Brown and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent William Brown who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

VJHERRERA@HOTMAIL.COM
Maintained by MSN Hotmail
1065 LaAvenida, Building 4
Mountain View, CA 94043

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property)

Electronic mail (opened and unopened) and attachments to said mail; all entries in any address book or buddy list; all print-outs from original storage of said mail; any and all transaction information, to include log files, dates, times, methods of connecting, ports, dial-ups and/or locations; all business records and subscriber information, in any form kept, including applications, subscriber(s) full names, all screen names associated with the subscriber(s) and/or accounts, all account names associated with the subscriber(s), methods of payment, telephone numbers, addresses and detailed billing records; all records indicating the services available to subscribers of said electronic mail address.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _Jun 26, 2005_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 16 2005

Date and Time Issued

at Washington, D.C.

John M. Facciola, District Court Magistrate Judge
Name and Title of Judicial Officer

_/s/ John M. Facciola_
Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| JUne 16, 2005 | June 16, 2005 @ 5:38PM EST | Delivered via FAX |

INVENTORY MADE IN THE PRESENCE OF

S/A Kerri Jasso

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

one 3.5 compact disk with email information for MSN/HOTMAIL account: VJHERRERA@Hotmail.com.

**FILED**

JUN 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

William S. Brown, Special Agent

Subscribed, sworn to, and returned before me this date.

John M. Facciola, Magistrate Judge
U.S. Judge or Magistrate

06/23/05
Date